Joseph H. Harrington
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAY EGLET<br>(a/k/a "char.zard99" and "charlieeglet"),<br><br>Defendant. | **2:19-CR-86-WFN**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2422(b)<br>Online Enticement of a Minor<br>(Count 1)<br><br>18 U.S.C. § 1591(a)(1), (b)(1)<br>Sex Trafficking by Force, Fraud, or Coercion<br>(Count 2)<br><br>18 U.S.C. § 1591(a)(1), (b)(2)<br>Child Sex Trafficking<br>(Count 3)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Receipt of Child Pornography<br>(Count 4)<br><br>18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography<br>(Count 5) |

INDICTMENT – 1

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 6)

18 U.S.C. § 2253, 18 U.S.C. § 2428
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Between on or about July 1, 2018, and on or about August 23, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), did unlawfully and knowingly use a facility and means of interstate and foreign commerce, namely, the Internet, to persuade, induce, entice, and coerce an individual who had not yet attained the age of 16 years, to wit, Minor Victim 1, to engage in sexual activity for which a person can be charged with a criminal offense, including WASH. REV. CODE § 9A.44.079, Rape of a Child in the Third Degree; all in violation of 18 U.S.C. § 2422(b).

## COUNT 2

Between on or about July 1, 2018, and on or about August 23, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), having had a reasonable opportunity to observe Minor Victim 1, knowingly, in or affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Minor Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Minor Victim 1 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

INDICTMENT – 2

COUNT 3

Between on or about July 1, 2018, and on or about August 23, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), having had a reasonable opportunity to observe Minor Victim 1, knowingly, in or affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(2).

COUNT 4

On or about July 13, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: visual depictions of Minor Victim 1 engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

COUNT 5

On or about July 24, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), did employ, use, persuade, induce, entice, and coerce Minor

INDICTMENT – 3

Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted or transported using any means and facility of interstate commerce and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 6

On or about August 23, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate or foreign commerce, by any means including computer, to wit: visual depictions of minors engaging in sexually explicit conduct, including the lascivious exhibition of their genitals and pubic areas, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 4

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422(b) as charged in Count 1 of this Indictment, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to: a Samsung cell phone, model SM-G925V, ESN 990004867973616.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591, as charged in Counts 2 and 3 of this Indictment, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property. The property to be forfeited includes, but is not limited to: a Samsung cell phone, model SM-G925V, ESN 990004867973616.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2251(a), (e), 18 U.S.C § 2252A(a)(2), (b)(1), or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as charged in Counts 4 - 6 of this Indictment, the Defendant, CHARLES JAY EGLET (a/k/a "char.zard99" and "charlieeglet"), shall forfeit to the United States of America any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such

INDICTMENT – 5

visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to: a Samsung cell phone, model SM-G925V, ESN 990004867973616.

DATED this 7 day of May, 2019.

_____
Foreperson

_____
Joseph H. Harrington
United States Attorney

_____
David M. Herzog
Assistant United States Attorney

INDICTMENT – 6